

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00393-CR

Asel **ABDYGAPPAROVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR4918A
Honorable Ron Rangel, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on October 6, 2014.  The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to November 5, 2014.  Because the brief was not filed by the extended deadline, on November 12, 2014, this court ordered appellant's attorney to respond to this court in writing, stating a reasonable explanation for failing to timely file the brief and demonstrating the steps being taken to remedy the deficiency.

On November 18, 2014, appellant's attorney filed a motion for extension of time to file appellant's brief, stating his workload had precluded him from timely filing the brief. Appellant's attorney mistakenly construed this court's prior order as extending the deadline for filing the appellant's brief to November 14, 2014, and requests a thirty-day extension from that date to file the brief, for a total extension of more than sixty days from the original due date.  The motion is GRANTED.  **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**.  The Appellant's brief must be filed by December 15, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.



_____
Keith E. Hottle
Clerk of Court